## Exhibit A to the Complaint

**Location:** Belle Mead, NJ

**Total Works Infringed:** 42

**IP Address:** 73.160.109.182

**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | Blacked | 06/23/2018 09:53:17 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 2 | 02D94013AD98E77BDC52941E32F261BF7C32A6A9 | Vixen | 07/22/2017 02:06:07 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 3 | 04BA85D2C37FB4F265C09CB3DABC08898C5544DD | Tushy | 10/10/2017 01:44:47 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 4 | 1F1523CE21888D1021051942687079E80D7FEAF9 | Tushy | 11/12/2017 20:20:14 | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 5 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/08/2017 08:18:06 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 6 | 23EB7D7E16DD92EC70D4F119FBC6039307E914E7 | Tushy | 10/16/2017 09:51:48 | 10/13/2017 | 10/19/2017 | PA0002058299 |
| 7 | 34F2386CF8C5A0818309C705E9AD58EFEAAE065F | Tushy | 06/10/2018 20:17:12 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 8 | 3595316CCA479043472C8512B52F63F047E77C58 | Tushy | 06/10/2018 14:10:39 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 9 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 12/27/2017 11:30:00 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 10 | 451B1A52866D3B24D96C3FF0CA9731CE4D659686 | Tushy | 03/25/2018 17:05:55 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 11 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 09/04/2017 09:31:20 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 12 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 10/30/2017 07:53:28 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 13 | 5955C785662CE4EC3BC025F530BA0552003C19A3 | Tushy | 12/11/2017 09:53:45 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 14 | 5D6C222C7939BB472D2C17A576870BE41E3BA41A | Blacked Raw | 11/18/2017 23:55:35 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 15 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/19/2017 09:23:13 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 16 | 6A5BB9131C42102AFD77225E52B512136BD1649B | Tushy | 03/25/2018 17:16:53 | 01/11/2018 | 01/24/2018 | PA0002101766 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7A1F008C4454673B32CA603324D4525F2BC214CD | Tushy | 06/22/2018 09:35:53 | 05/01/2018 | 05/19/2018 | 16665887555 |
| 18 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/12/2017 11:04:00 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 19 | 930D98AC35635AD2457098CFE7E7C4CF694A795C | Tushy | 11/19/2017 09:55:54 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 20 | 93CA44DFF7066CAF6B79B39890525ADB5BED10C0 | Tushy | 10/10/2017 01:47:46 | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 21 | 951316BFFDA9FA845F58D89226446C5A123F6FA7 | Vixen | 04/18/2018 09:50:09 | 03/25/2018 | 04/07/2018 | 16490950968 |
| 22 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/18/2017 09:20:43 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 23 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/03/2017 10:45:15 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 24 | A460BDA775DEF88F7E956E928A7FFEBFB1EB504A | Tushy | 10/10/2017 01:29:13 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 25 | AC65D9C21E7A5C6A89BD4FB50853C1DCC1F31144 | Vixen | 03/25/2018 18:50:25 | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 26 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/28/2017 02:52:32 | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 27 | B48F74F303DFEFFA58AF3F8FB8007764EE5E02E7 | Vixen | 11/06/2017 10:43:06 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 28 | B9266888029C4F2FE729EC54F40765EDAC6C4DAB | Vixen | 11/18/2017 10:50:19 | 11/15/2017 | 12/04/2017 | PA0002098032 |
| 29 | BC8A785D82E59A14D03DA9B062BF1DB401CAB682 | Vixen | 10/10/2017 01:11:48 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 30 | C10F1DD79696BB0C387AA22E4F36C8E105F77445 | Vixen | 09/23/2017 07:10:53 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 31 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 09/03/2017 13:25:10 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 32 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 06/19/2018 08:42:58 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 33 | D05819C62A357A346556467D990A191A22343714 | Tushy | 10/10/2017 00:26:34 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 34 | D75C4212C94EACD789D6AA48F9EDD3AEE3170037 | Vixen | 10/25/2017 01:24:48 | 10/21/2017 | 11/30/2017 | PA0002098006 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | DFF8C32FE0901E2263972ECB011042111A3B059B | Vixen | 11/22/2017 11:46:55 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 36 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 09/03/2017 13:07:27 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 37 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/14/2017 08:42:49 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 38 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 09/03/2017 13:09:32 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 39 | E908502C7AD99DF5325459A01B9A589923906085 | Tushy | 11/19/2017 09:41:27 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 40 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 11/13/2017 10:18:01 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 41 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 09/03/2017 13:24:50 | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 42 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/23/2017 07:30:55 | 09/22/2017 | 10/10/2017 | PA0002057455 |