20190103110155

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND AMENDED COMPLAINT, CERTIFICATIONS, EXHIBIT A, CIVIL COVER SHEET**
EFFECTED (1) BY ME: **NUNO VEIGA**
TITLE: **PROCESS SERVER**

DATE: **1/19/2019 10:21:48 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JOSEPH OLENICK

Place where served:

27 CHESTON COURT   BELLE MEAD   NJ   08502

[X]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DENYCE MYLSON

Relationship to defendant   **WIFE**

Description of Person Accepting Service:

SEX:F    AGE:21-35   HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN:WHITE    HAIR:BROWN    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____                SERVICES $_____.____                TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _1_ / _21_ / 20 _19_ _____L.S.

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROSEMARY RAMOS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 25, 2023

**Attempts**

1/6/2019 10:32:21 AM
1/11/2019 2:18:19 PM
1/15/2019 3:32:11 PM

ATTORNEY:     JOHN C. ATKIN, ESQ.
PLAINTIFF:     STRIKE 3 HOLDINGS, LLC
DEFENDANT:   JOSEPH OLENICK
VENUE:          DISTRICT
DOCKET:        3 18 CV 12605 BRM DEA
COMMENT: