**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH OLENICK,<br><br>Defendant. | Civil Action No. 3:18-cv-12605-BRM-DEA<br><br>[~~PROPOSED~~] ORDER |

**THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), for entry of default judgment against Defendant Joseph Olenick ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(b)(2); it appearing that Defendant has failed to plead or otherwise defend in this action; the Court having considered Plaintiff's written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

IT IS on this 14th day of May, 2019,

**ORDERED and ADJUDGED that DEFAULT JUDGMENT** be and hereby is entered in favor of plaintiff Strike 3 Holdings, LLC, and against Defendant Joseph Olenick, as to each any every count in Plaintiff's Amended Complaint [ECF No. 8].

**IT IS FURTHER ORDERED** that Defendant is permanently enjoined from continuing to infringe on Plaintiff's copyrighted works;

**IT IS FURTHER ORDERED** that Defendant is required to delete and permanently remove the digital media files relating to Plaintiff's copyrighted works from each of the computers under Defendant's possession, custody, or control;

**IT IS FURTHER ORDERED** that Defendant is required to delete and permanently remove the infringing copies of Plaintiff's copyrighted works Defendant has on computers under Defendant's possession, custody, or control;

**IT IS FURTHER ORDERED** that Defendant shall pay to Plaintiff the amount of $31,500.00, which represents the minimum statutory damages permitted for the forty-two (42) copyrighted works Defendant infringed upon, pursuant to 17 U.S.C. § 504(a) and (c);

**IT IS FURTHER ORDERED** that Defendant shall pay to Plaintiff its reasonable attorneys' fees and cost, pursuant to 17 U.S.C. § 505, and that Plaintiff's

counsel is authorized to submit a declaration of attorneys' fees and costs within twenty (20) days of entry hereof;

**IT IS FURTHER ORDERED** that Defendant shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing, pursuant to 28 U.S.C. § 1961, as of the date of this Default Judgment, until the date of its satisfaction.

By: _____
The Honorable Brian R. Martinotti
United States District Judge

☐ Opposed
☒ Unopposed