**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:     John C. Atkin, Esq.
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 285-3239
Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH OLENICK,<br><br>　　　　　　　Defendant. | Civil Case No. 3:18-cv-12605-BRM-DEA<br><br>**SATISFACTION OF JUDGMENT** |

　　　　**WHEREAS,** a default judgment was entered in the above action on the May 14, 2019 [ECF No. 17] in favor of Plaintiff Strike 3 Holdings, LLC and against Defendant Joseph Olenick in the amount of $31,500.00 plus interest, attorneys' fees, and costs, pursuant to Federal Rule of Civil Procedure 55(b)(2), and

　　　　**WHEREAS** said judgment, with interest and costs thereon, having been fully paid, inclusive of counsel fees, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

　　　　**THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: May 29, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**THE ATKIN FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　*Strike 3 Holdings, LLC*

　　　　　　　　　　　　　　　　　　　　By:　　*/s/ John C. Atkin, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　JOHN C. ATKIN